4

John C. Buchanan
PO BOX 5221
ORACLE, ARIZONA 85623
520-241-5715

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

JUDGE: HONOURABLE BRENDA MOODY WHINERY

| | |
|---|---|
| John C. Buchanan<br>PETITIONER | BK PETITION #4:20-bk-01030-BMW<br><br>EMERGENCY MOTION TO CONTINUE AUTOMATIC STAY. |

**TO THE HONORABLE JUDGE BRENDA MOODY WHINERY/CLERK OF COURT:**

**EMERGENCY MOTION TO CONTINUE THE AUTOMATIC STAY.**
This case was filed in good faith even though a case was in your court in 2018. It was my understanding that receiving a discharge my equipment, water & fuel tanks, parts, supplies, trailers, ETC.; would belong exclusively to me and I could advance my water harvesting business and making underground storm shelters or bunkers to help save lives from storms (hundreds die every year in America from hurricanes, tornados, and other storms). I have built many of these underground shelters through the years. This is a very big reason why my business inventory should belong to me and be repurposed or rehabbed by me; it benefits all.
This current case was filed for these following reasons; which we discussed the possibility of at our last hearing:

**1. Bank of America** began to write (I have boxes of their letters after discharge) and to telephone me day after day. Why did they not write or call my discharged house? Then B of A purportedly sold me to Quality Loan, then to SPS INC. (SELECT PORTFOLIO SERVICING, INC. & MEB Trust IV. My record is up to 12 pieces of mail from these entities in ONE day! Phone calls also occurring at same time. It was my understanding that they were not to contact me. Your honor is this not contempt of your court? They certainly disrespected my BK Discharge. Should this purported contested BANK OF AMERICA DEBT be dismissed?

**2. PIMA COUNTY INC. or PIMA COUNTY** immediately began doing things to steal all my discharged business inventory at 13,000 W. Avra Valley Rd. (Connely has locked me out from my equipment, tanks, and machinery for approximately the last 20 months!) and even wanting to fine me a $1,000 when in truth even of their own codes there is **NO Violation. THIS IS FRAUD**, and **Dwight Connely and Pima County Judge MILLER, officials, agents** are in collusion against me on this! They have no jurisdiction over me; as I am under Mine Law which makes mining claim property EXEMPT from planning & zoning. Thank GOD, zoners would stop everything on the planet if major controls & constraints were not put on them. This is a violation of the Republic for the United States of America Constitution (safe in papers and possessions), BILL OF RIGHTS (Allows us the unabridged right to own property and possessions and right to work where we want). **PIMA COUNTY, OFFICIALS, AGENTS, Attorneys, THEIR LESLIE MILLER, and Dwight**

**Connely** are all in collusion against me and are guilty of denial of all rights, discrimination, abuse and obstruction of justice against me. **ALL of them are guilty of violating the discharge that you, Judge Whinery, granted me for all the above mentioned business inventory. Is this not violating my discharge order? Is this not contempt of your court by all the above listed entities, Judge Whinery?**

**3. PINAL COUNTY INC. or PINAL COUNTY, Officials, agents, attorneys, or judge** immediately began attempting to steal my property and possessions on my grandfathered, non-conforming zoning mining property at 730 N. Cedar Ridge Drive, Oracle, Arizona 85623. Under Mine Law no violation exists. This property was returned to me with my business inventory at time of Discharge. Are not these attacks upon my property in violation of your discharge order? Is not PINAL COUNTY guilty of contempt of your court?

**4.** I am under a doctor's care now for 2 serious medical conditions involving my heart and diabetes; which he says are a result of extreme stress brought on by very stressful situations such as the above listed stealing my possessions, business property, abuse, discrimination, constant persecution for no reason, etc. They all are killing me, why do I not deserve to be free of abuse, to be allowed to live in peace & freedom? Why do I not get to have freedom on my various mining properties? Why are county tyrannical dictatorships against the Constitution for the Republic for the United States of America allowed to exist in America? Why do they deny **WE THE PEOPLE'S FREEDOM? Why do they say all must conform? Conform to what?**

**Conformity is not in The Bill of Rights** or **USA Constitution!** Freedom to Life, Liberty, Pursuit of Happiness, and Ownership of property and possessions IS! The right to be left alone by government IS! When can I have my happiness back? Must I be persecuted forever by USA Constitutionally illegal regulations codes, and stipulations for being intellectual and creative?

**CONCLUSION:** Honorable Judge Whinery, ALL PROPERTY & POSSESSIONS TAKEN OR STOLEN FROM ME IN VIOLATION OF YOUR DISCHARGE ORDER (thus contempt of your court) and my constitutionally guaranteed rights MUST BE RETURNED TO ME so it can be listed in this new bankruptcy case. Please continue automatic stay.

Thank you, Judge Whinery, for your consideration. Please Help.

**RESPECTFULLY SUBMITTED TO THE HONORABLE JUDGE BRENDA MOODY WHINERY/ CLERK OF COURT.**

**Dated this 12th day of FEBRUARY 2020**
**SIGNED** *John C. Buchanan II*
*signed without prejudice*

Mailings or filings to:
The HONORABLE BRENDA MOODY WHINERY/
CLERK OF United States Bankruptcy Court, Tucson, Arizona

BK PETITION # 4:20-BK-01030-BMW