FORM VAN–049t

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                           Case No.: 4:20–bk–01030–BMW

JOHN CLARK BUCHANAN II                                           Chapter: 13
dba BUCHANAN TRUCKING & MINING
dba ARIZONA JOHN'S ENTER & EQ LLC
PO BOX 5221
ORACLE, AZ 85623
**SSAN:** xxx–xx–0151
**EIN:** 26–2223781, 26–2223560

Debtor(s)

## NOTICE OF HEARING

A hearing in the above–entitled cause will be held at the U.S. Bankruptcy Court, **James A. Walsh Courthouse, 38 S. Scott Avenue, Courtroom 446, Tucson, AZ** before the Honorable Brenda Moody Whinery on **4/14/20** at **10:45 AM** to consider and act upon the following matter(s):

1) CHAPTER 13 CASE MANAGEMENT STATUS HEARING,
2) DEBTOR'S EMERGENCY MOTION TO CONTINUE AUTOMATIC STAY,
3) DEBTOR'S MOTION FOR DISCHARGE TO BE ALLOWED AT CLOSE OF CASE.

Parties may also appear for the hearing at **U.S. Courthouse and Federal Building, 230 N. 1st Avenue, Courtroom 301, Phoenix, AZ.**

Any response or objection shall be filed pursuant to Local Bankruptcy Rule 9013–1(c) or as set forth by the Court within this notice.

**Date: February 18, 2020**

**Address of the Bankruptcy Clerk's Office:**            Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue                                       **George Prentice**
Tucson, AZ 85701–1704
Telephone number: (520) 202–7500
www.azb.uscourts.gov